Submitted on brief and record October 9, reversed and remanded for reconsideration December 17, 1997

In the Matter of the Compensation of
Judy A. Tucker, Claimant.

AMERICAN PROTECTIVE SERVICES
and CIGNA Insurance Companies,
*Petitioners,*

*v.*

Judy A. TUCKER,
*Respondent.*

(WCB 95-03065; CA A95769)

950 P2d 415

Janet M. Schroer, Marjorie A. Speirs and Hoffman, Hart & Wagner filed the brief for petitioners.

Margaret F. Weddell waived appearance for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded for reconsideration in light of ORS 656.262(10), *as amended by* Or Laws 1997, ch 605, § 1.